IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**FRANK FARLANDO DANIELS**                                                  **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 2:10-CV-209-KS-MTP**

**STATE OF MISSISSIPPI**                                               **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On April 12, 2012, the Magistrate Judge entered a Report and Recommendation [14] in this matter. Therein, the Magistrate Judge directed Plaintiff to serve and file written objections within fourteen days and warned Plaintiff that failure to do so may bar him from attacking the proposed factual findings and legal conclusions on appeal. Plaintiff did not object to the Report and Recommendation.

The Court has fully reviewed the Report and Recommendation and concludes that it is an accurate statement of the facts and correct analysis of the law. Therefore, the Court accepts, approves, and adopts the factual findings and legal conclusions contained in the Report and Recommendation entered by United States Magistrate Judge Michael T. Parker pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, Plaintiffs' claims are **dismissed with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B). A separate judgment shall be entered as required by Rule 58.

SO ORDERED AND ADJUDGED this, the 14th day of May, 2012.

                                            *s/Keith Starrett*
                                            UNITED STATES DISTRICT JUDGE